# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS



SKYLER B. O'HARA
CLERK OF COURT
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

KIM LEININGER
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2225

490 U.S.COURTHOUSE
444 SE QUINCY
TOPEKA, KS 66683

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

May 24, 2024

Nicholas J. Bronni (Email: nicholas.bronni@arkansasag.gov)
Eric H. Wessan (Email: eric.wessan@ag.iowa.gov)
Dylan L. Jacobs (Email: dylan.jacobs@arkansasag.gov)
Peter Martin Torstensen, Jr. (Email: peter.torstensen@mt.gov)
Edmund G. LaCour , Jr. (Email: edmund.lacour@AlabamaAG.gov)
Aaron C. Peterson (Email: aaron.peterson@alaska.gov)
Stephen J. Petrany (Email: spetrany@law.ga.gov)
Alan M. Hurst: (Email: alan.hurst@ag.idaho.gov)
Joshua N. Turner (Email: josh.turner@ag.idaho.gov)
James A. Barta (Email: james.barta@atg.in.gov)
Aaron J. Silletto (Email: aaron.Silletto@ky.gov)
Victor B. Maddox (Email: victor.maddox@ky.gov)
Zachary M. Zimmerer (Email: zachary.zimmerer@ky.gov)
Byrce Beal (Email: bcyce.beal@ago.mo.gov)
Zachary A. Viglianco (Email: zachary.viglianco@nebraska.gov)
Brandon F. Chase (Email: brandon.f.chase@doj.nh.gov)
Katie L. Carpenter (Email: katcarpenter@nd.gov)
Garry M. Gaskins, II (Email: garry.gaskins@oag.ok.gov)
Joseph D. Spate (Email: josephspate@scag.gov)
Charles D. McGuigan (Email: charles.mcguigan@state.sd.us)
Brian Daniel Mounce (Email: brian.mounce@ag.tn.gov)
Whitney D. Hermandorfer (Email: whitney.hermandorfer@ag.tn.gov)
Brendan T. Chestnut (Email: bchestnut@oag.state.va.us)
Kevin M. Gallagher (Email: kgallagher@oag.state.va.us)
Martin Jordan Minot (Email: mminot@oag.state.va.us)
Michael Ray Williams (Email: michael.r.williams@wvago.gov)
Ryan Schelhaas (Email: ryan.schelhaas@wyo.gov)
Anna St. John (Email: anna.stjohn@hlli.org)
Michael Frank Bednarz (Email: frank.bednarz@hlli.org)
Michael D. McCoy (Email: mmccoy@mslegal.org)
William Edward Trachman (Email: wtrachman@mslegal.org)
Jeremy S. B. Newman (Email: jeremy.s.newman@usdoj.gov)
Keri Lane Berman (Email: keri.l.berman@usdoj.gov)
Zachary Sherwood (Email: zachary.w.sherwood@usdoj.gov)
Jocelyn Jezierny (Email: jjezierny@cov.com)
John Graubert (Email: jgraubert@cov.com)
William R. Isasi (Email: wisasi@cov.com)

Re: State of Kansas, et al v. United States Attorney General et al
USDC Kansas Case Number: 6:24-cv-01086-TC-TJJ
USDC Eastern Arkansas Case Number: 2:24-cv-00088-JM

Dear Counsel:

Please be advised that the above named action has been transferred to the U.S. District Court for the District of Kansas at Wichita, Kansas. We have assigned Civil Action Number 6:24-cv-01086-TC-TJJ, assigned to the Honorable Toby Crouse, District Judge, and to the Honorable Teresa J. James, Magistrate Judge, for pretrial proceedings.

Our local rules and information regarding admission pro hac vice can be found at www.ksd.uscourts.gov or by contacting Attorney Registration at (913) 735-2229.

Please be advised that Department of Justice attorneys have different registration requirements and must contact Attorney Registration at ksd_attorney_registration@ksd.uscourts.gov or (913) 735-2229.


Sincerely,
Skyler B. O'Hara, Clerk
By: s/M. Barnes