IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, ET AL., §<br>§<br>  *Plaintiffs*, §<br>§<br>v. §<br>§<br>MERRICK GARLAND IN HIS §<br>OFFICIAL CAPACITY AS ATTORNEY §<br>GENERAL OF THE UNITED STATES, §<br>ET AL., §<br>§<br>  *Defendants*. | Civil Action No. 6:24-cv-01086-TC-TJJ |

## PLAINTIFFS' MOTION TO SET HEARING

On May 23, 2024, the court in the Eastern District of Arkansas transferred the matter to this court. Prior to that, briefing on the preliminary injunction was complete and a hearing was held in the Eastern District of Arkansas (*See* Dkts. 4, 5, 50, 52, 65, 67, and 74). The Plaintiffs do not believe further briefing on the matter is necessary and Plaintiffs move to set a hearing. The parties can present additional in circuit authority during such hearing. The Final Rule went into effect on May 20, 2024. The Plaintiffs sought expedited briefing in the Eastern District of Arkansas to get a ruling prior to the Final Rule's effective date but due to the transfer of venue that did not happen. At this point, the Final Rule is in effect nationwide (including in the Plaintiff States) except that the Defendants are temporarily restrained from enforcing the Final Rule against Texas, the Gun Owners of America, Inc., the Gun Owners Foundation, the Tennessee Firearms Association, and the Virginia Defense League until June 2, 2024 (*See* Dkt. 44 of 2:24-cv-89-Z). Therefore, the Plaintiffs move for the Court to set a hearing on the first

available date on its calendar with a preference for May 29-30 or June 3.  The Defendants oppose this motion.

        Respectfully submitted,

        */s/ Abhishek S. Kambli*
        Abhishek S. Kambli, Kan. SC No. 29788
           *Deputy Attorney General*
        Erin B. Gaide, Kan. SC No. 29691
           *Assistant Attorney General*
        Topeka, Kansas 66612-1597
        Phone: (785) 296-7109
        Email: abhishek.kambli@ag.ks.gov
        erin.gaide@ag.ks.gov

        *Counsel for Plaintiff State of Kansas*

**CERTIFICATE OF SERVICE**

This is to certify that on this the 24th day of May, 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli