IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL., <br><br> *Defendants*. | § § § § § § § § § § § § Civil Action No. 6:24-cv-01086-TC-TJJ |

## DEFENDANTS' MOTION FOR THE COURT TO SET A BRIEFING SCHEDULE AND OPPOSITION TO PLAINTIFFS' MOTION TO SET A HEARING

On May 23, 2024, the United States District Court for the Eastern District of Arkansas transferred this matter to this Court. Prior to that, Plaintiffs filed a Motion for Preliminary Injunction on May 6, 2024. Briefing on the preliminary injunction motion was completed on May 16, 2024, and a hearing was held in the Eastern District of Arkansas on May 17, 2024 (*See* Dkts. 4, 5, 50, 52, 65, 67, and 74). In the Eastern District of Arkansas, Plaintiffs and Defendants agreed to expedited briefing and an expedited hearing prior to the Final Rule's effective date. The Final Rule went into effect on May 20, 2024. On May 23, 2024, the Arkansas court entered an order dismissing the State of Arkansas for lack of standing, concluding that venue was improper absent the participation of Arkansas, and transferring the case to this Court. Dkt. 75. The court "decline[d] to make any findings on the merits of the case and [left] that to the sound judgment of the District Court of Kansas." *Id.* at 5.

Plaintiffs have asked the Court to hold a hearing as soon as two business days from now, on Wednesday, May 29, 2024, without additional briefing. However, the Court and the parties would benefit from supplemental briefing. The parties briefed the preliminary injunction motion in a District

Court within the Eighth Circuit and relied extensively on Eighth Circuit case law. The case has now been transferred to a District Court within the Tenth Circuit. Defendants request that the Court order Plaintiffs to submit a supplemental brief of up to 15 pages, pursuant to D. Kan. Rule 7.1(d)(3), on or before May 31, 2024, and order Defendants to submit a supplemental brief of up to 15 pages on or before June 7, 2024. The proposed supplemental briefing will provide an opportunity for the parties to present relevant circuit authority through supplemental briefing, rather than initially at a hearing. This expedited briefing schedule, while not unduly delaying matters, would also give the Court time to digest the voluminous materials already presented to the court in Arkansas. If the Court wishes to hold a hearing on Plaintiffs' motion, the Court could hold a hearing at the first available date after June 7, 2024.

For the foregoing reasons, the Court should grant this motion and deny Plaintiffs' Motion to Set Hearing. The Court should order supplemental briefing on the schedule set forth above. If the Court wishes to hold a hearing on the pending Motion for Preliminary Injunction, such a hearing should occur no earlier than June 10, 2024. Plaintiffs oppose this motion.

Dated: May 24, 2024

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        BRIGHAM J. BOWEN
        Assistant Director, Federal Programs Branch

        */s/ Jeremy S.B. Newman*
        JEREMY S.B. NEWMAN
        KERI L. BERMAN
        ZACHARY W. SHERWOOD
        Trial Attorneys
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20005
        Phone: (202) 532-3114
        Fax: (202) 616-8470
        Email:  jeremy.s.newman@usdoj.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 24th day of May, 2024, this document was electronically filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
