# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, ET AL., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | |
| § | |
| MERRICK GARLAND IN HIS § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| OFFICIAL CAPACITY AS ATTORNEY § | |
| GENERAL OF THE UNITED STATES, § | |
| ET AL., § | |
| § | |
| *Defendants*. | |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND RESPONSE TO MOTION TO AMEND SCHEDULING ORDER

On May 24, 2024, the Defendants submitted a motion that requested the court amend its scheduling order to allow supplemental briefing and set a hearing no earlier than June 10, 2024. (*See* Dkt. 80.)  It is puzzling why the Defendants believe 15 pages of supplemental briefing is necessary given that they relied heavily on out of circuit authority (including 10th Circuit authority) in their Response.  (*See* Dkt. 40.)  Regardless, the Final Rule is in effect except for the state of Texas and some organizational plaintiffs because a federal court found that the Final Rule is likely unlawful and would cause irreparable harm for reasons similar to those laid out in this case and temporarily restrained its enforcement.  (*See* Dkt. 44 of 2:24-cv-89-Z.)  Although this court will certainly reach its own determination, the Defendants should not be allowed to inflict irreparable harm on Plaintiffs by enforcing an unlawful Final Rule simply because they believe they need additional time for briefing.  However, if the court is inclined to allow additional briefing on the matter it should issue a temporary restraining order (TRO) for two weeks that prevents the Defendants from enforcing the Final Rule against the Plaintiffs for the

reasons cited in the Plaintiffs' briefing.  A two-week TRO would cause no harm to the Defendants and ensure that irreparable harm is not inflicted on the Plaintiffs while the preliminary injunction litigation is pending.

    Respectfully submitted,

    */s/ Abhishek S. Kambli*
    Abhishek S. Kambli, Kan. SC No. 29788
      *Deputy Attorney General*
    Topeka, Kansas 66612-1597
    Phone: (785) 296-7109
    Email: abhishek.kambli@ag.ks.gov
    *Counsel for Plaintiff State of Kansas*

**CERTIFICATE OF SERVICE**

This is to certify that on this the 26th day of May, 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli
