IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, *ET AL.* | § § § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Civil Action No. 6:24-cv-01086-TC-TJJ |
| MERRICK GARLAND, *ET. AL.* | | |
| *Defendants*. | | |

**MOTION FOR RECONSIDERATION AND
REQUEST FOR EXPEDITED TREATMENT**

Pursuant to Rule Fed. R. Civ. P. 54(b) and L.R. 7.3, and for the reasons explained in the accompanying brief in support, Plaintiffs move the Court to reconsider the Eastern District of Arkansas's May 23, 2024, Order dismissing the State of Arkansas as a plaintiff for lack of standing.  Doc. 75.  That dismissal should be vacated, and Arkansas reinstated as a Plaintiff.

Plaintiffs request that the Court consider this Motion on an expedited basis.  As explained in Plaintiffs' brief, ATF's unlawful rule is currently in effect and Plaintiffs' need for preliminary relief from that rule is urgent.  Considering this Motion on the same expedited timetable as Plaintiffs' request for preliminary relief will allow any relief granted by the Court to apply to Arkansas on the same terms as the other Plaintiff States.

Respectfully submitted,

| | |
|---|---|
| KRIS W. KOBACH<br>Kansas Attorney General | TIM GRIFFIN<br>Arkansas Attorney General |
| */s/Abhishek S. Kambli*<br>Abhishek S. Kambli, 29788<br>*Deputy Attorney General*<br>Erin B. Gaide, 29691<br>*Assistant Attorney General*<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-2215<br>Fax: (785) 296-3131<br>abhishek.kambli@ag.ks.gov<br>erin.gaide@ag.ks.gov | */s/ Nicholas J. Bronni*<br>*Nicholas J. Bronni (2016097)<br> *Solicitor General*<br>*Dylan L. Jacobs (2016167)<br> *Deputy Solicitor General*<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov |
| | *Counsel for Plaintiff State of Arkansas* |
| *Counsel for Plaintiff State of Kansas* | |

BRENNA BIRD
Iowa Attorney General

*/s/ Eric H. Wessan*
\*Eric H. Wessan
*Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric. Wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

AUSTIN KNUDSEN
Montana Attorney General

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN, 25622
*Solicitor General*
\*PETER M. TORSTENSEN, JR.
*Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for Plaintiff State of Montana*

STEVE MARSHALL
Alabama Attorney General

*/s/ Edmund G. LaCour, Jr.*
\*Edmund G. LaCour, Jr.
*Solicitor General*
Office of the Alabama
Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL  36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Email: Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

TREG R. TAYLOR
Alaska Attorney General

*/s/ Aaron C. Peterson*
\*Aaron C. Peterson
*Senior Assistant Attorney General*
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: aaron.peterson@alaska.gov

*Counsel for Plaintiff State of Alaska*

3

| | |
|---|---|
| CHRISTOPHER CARR<br>Georgia Attorney General<br><br>*/s/ Stephen Petrany*<br>\*Stephen Petrany<br>*Solicitor General*<br>Office of the Attorney General of Georgia<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br><br>*Counsel for Plaintiff State of Georgia* | RAÚL R. LABRADOR<br>Idaho Attorney General<br><br>*/s/ Joshua N. Turner*<br>\*Joshua N. Turner<br>*Chief of Constitutional Litigation and Policy*<br>\*Alan M. Hurst<br>Solicitor General<br>Office of the Idaho Attorney General<br>P.O. Box 83720<br>Boise, Idaho 83720<br>Tel: (208) 334-2400<br>Josh.turner@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* |
| TODD ROKITA<br>Indiana Attorney General<br><br>*/s/ James A. Barta*<br>\*James A. Barta<br>*Solicitor General*<br>Office of the Attorney General of Indiana<br>IGC South, Fifth Floor<br>302 W. Washington St.<br>Indianapolis, Indiana 46204<br>Telephone:  (317) 232-0709<br>James.Barta@atg.in.gov<br><br>*Counsel for Plaintiff State of Indiana* | RUSSELL COLEMAN<br>Kentucky Attorney General<br><br>*/s/ Victor B. Maddox*<br>\*Victor B. Maddox<br>\*Aaron J. Silletto<br>\*Zachary M. Zimmerer<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>Phone: (502) 696-5300<br>Victor.Maddox@ky.gov<br>Aaron.Silletto@ky.gov<br>Zachary.Zimmerer@ky.gov<br><br>*Counsel for Plaintiff Commonwealth of Kentucky* |

ANDREW BAILEY
Missouri Attorney General

*/s/ Bryce Beal*
*Bryce Beal
*Assistant Attorney General*
Missouri Attorney General's Office
207 West High Street
Jefferson City, MO 65101
(573) 751-6633
Bryce.Beal@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Zachary A. Viglianco*
*Zachary A. Viglianco
*Deputy Solicitor General*
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
(531) 739-7645
zachary.viglianco@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

JOHN M. FORMELLA
New Hampshire Attorney General

/s/Brandon F. Chase
*Brandon F. Chase
*Assistant Attorney General*
New Hampshire Department of Justice
1 Granite Place – South
Concord, NH 03301
(603) 271-3650
brandon.f.chase@doj.nh.gov

*Counsel for Plaintiff New Hampshire*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Katie L. Carpenter*
*Katie L. Carpenter
*Deputy Solicitor General*
North Dakota Office of the Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
Email: katcarpenter@nd.gov

*Counsel for Plaintiff State of North Dakota*

| | |
|---|---|
| GENTNER DRUMMOND<br>Oklahoma Attorney General | ALAN WILSON<br>South Carolina Attorney General |
| /s/ Garry M. Gaskins, II<br>*GARRY M. GASKINS, II<br>*Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF OKLAHOMA<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone:      (405) 521-3921<br>garry.gaskins@oag.ok.gov | */s/ Joseph D. Spate*<br>*Joseph D. Spate<br>*Assistant Deputy Solicitor General*<br>Office of the Attorney General<br>State of South Carolina<br>1000 Assembly Street<br>Columbia, SC  29201<br>(803) 734-3371<br>josephspate@scag.gov |
| *Counsel for Plaintiff State Oklahoma* | *Counsel for Plaintiff State South Carolina* |
| MARTY J. JACKLEY<br>South Dakota Attorney General | JONATHAN SKRMETTI<br>Tennessee Attorney General and Reporter |
| */s/ Charles D. McGuigan*<br>*Charles D. McGuigan<br>*Deputy Attorney General*<br>Office of the Attorney General<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Facsimile: (605) 773-4106<br>charles.mcguigan@state.sd.us | */s/ Whitney D. Hermandorfer*<br>*WHITNEY D. HERMANDORFER<br>*Director of Strategic Litigation Unit*<br>*BRIAN DANIEL MOUNCE<br>*Counsel for Strategic Litigation &<br>Assistant Solicitor General*<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-1400<br>whitney.hermandorfer@ag.tn.gov<br>brian.mounce@ag.tn.gov |
| *Counsel for Plaintiff State of South Dakota* | *Counsel for the State of Tennessee* |

6

| | |
|---|---|
| JASON S. MIYARES<br>Attorney General of Virginia<br><br>/s/ *Kevin M. Gallagher*<br>*Kevin M. Gallagher<br>*Principal Deputy Solicitor General*<br>*Brendan T. Chestnut<br>*Deputy Solicitor General*<br>*M. Jordan Minot<br>*Assistant Solicitor General*<br>Virginia Office of the Attorney General<br>202 North 9th Street<br>Richmond, Virginia 23219<br>Telephone: (804) 786-2071<br>Fax: (804) 786-1991<br>Email: kgallagher@oag.state.va.us<br>Email: bchestnut@oag.state.va.us<br>Email: mminot@oag.state.va.us<br><br>*Counsel for Plaintiff Commonwealth of Virginia* | PATRICK MORRISEY<br>West Virginia Attorney General<br><br>*/s/ Michael R. Williams*<br>*Michael R. Williams<br>*Principal Deputy Solicitor General*<br>Office of the Attorney General of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvago.gov<br><br><br>*Counsel for State of West Virginia* |
| BRIDGET HILL<br>Wyoming Attorney General<br><br><br>/s/ Ryan Schelhaas<br>*Ryan Schelhaas<br>*Chief Deputy Attorney General*<br>Office of the Wyoming Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br><br>*Counsel for Plaintiff State Wyoming* | */s/ Michael D. McCoy*<br>*Michael D. McCoy<br>*William E. Trachman<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado 80227<br>(303) 292-2021<br>Mmccoy@mslegal.org<br><br><br>*Counsel for Plaintiffs Allen Black, Donald Maxey, and Chisholm Trail Antique Gun Association* |

7

| | |
|---|---|
| */s/ Anna St. John* | *\*pro hac vice* forthcoming |
| *Anna St. John | |
| Hamilton Lincoln Law Institute | |
| 1629 K St. NW Suite 300 | |
| Washington, DC 20006 | |
| (917) 327-2392 | |
| anna.stjohn@hlli.org | |

*/s/ M. Frank Bednarz*
*M. Frank Bednarz
Hamilton Lincoln Law Institute
1440 W. Taylor St. #1487
Chicago, IL 60607
(801) 706-2690
frank.bednarz@hlli.org

*Counsel for Plaintiff Phillip Journey*

8