# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS (WICHITA)

| | |
|---|---|
| STATE OF KANSAS, ET AL. §§§§§ *Plaintiffs*, §§§ v. §§§ MERRICK GARLAND, ET. AL. §§§ *Defendants*. §§§§§§§§§§§ | Civil Action No. 6:24-cv-01086-TC-TJJ |

## DECLARATION OF CHARLES S. COLLINS

Pursuant to 28 U.S.C. § 1746, I, CHARLES S. COLLINS, declare as follows:

1. I am the Commissioner of Revenue at the Arkansas Department of Finance and Administration. I am over the age of 18, and I have personal knowledge of the facts contained in this declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I have served as the Commissioner of Revenue at the Department for four (4) years.

3. As a result of my current duties, I am familiar with the state's tax code and how it relates to gun shows.

4. Under Ark. Code Ann. § 26-52-518, Arkansas imposes a 1% tax on fees charged to vendors at "special events" to rent tangible personal property. These "special events" include gun shows. *See id.* -518(A)(3)(B).

5. Arkansas also charges sales tax of 6.5% that is applicable to sales of firearms.

6. Under Department regulations, promoters or organizers of special events, including gun shows, must register with the Department and obtain either a sales tax permit (if they do not already have one) or a sales tax reporting number. *See* Ark. Admin. Code 006.05.212-GR-49.1. "Vendors that do not have a retail sales tax permit must collect sales tax on all sales and report and pay the tax to the promoter at the end of the event." *Id.* "Special event vendors who hold sales tax permits" report their sales and remit sales tax directly to the Department. *Id.*

7. I understand that ATF has calculated what it describes as a "subject matter expert-derived estimate" that approximately 25% percent of currently unlicensed sellers of firearms are "engaged in the business" of dealing firearms under the Final Rule and would be required to obtain a federal firearm license in order to continue to legally sell firearms. ATF further estimates that 10% of those sellers are "likely to be either unwilling or unable to become licensed," 89 Fed. Reg. at 29,054, and therefore "may opt to stop selling firearms," *id.* at 29,066.

8. If ATF's prediction is correct, and there is a decrease in firearms sales in Arkansas, there will naturally be a decrease in sales tax revenue from the sale of firearms.

9. If there is a decrease in the number of vendors renting tables at gun shows in Arkansas, there will naturally be a decrease in special-event sales tax revenue.

10. I declare under penalty of perjury under the laws of the United States of America and the State of Arkansas that the foregoing is true and correct.

Executed in LITTLE ROCK, ARKANSAS, UNITED STATES, this this 28th day of May 2024.

*Charles S. Collins*
CHARLES S. COLLINS