**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**WICHITA DIVISION**

|  |  |  |
|---|---|---|
| STATE OF KANSAS, *ET AL.* | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| MERRICK GARLAND, *ET. AL.* | § § § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| *Defendants*. | § § § § § | |

## PLAINITFFS' REPLY IN SUPPORT OF TEMPORARY RESTRAINING ORDER

Plaintiffs reply to Defendants' response in opposition to a temporary restraining order ("TRO"). Defendants first argue that a TRO is unwarranted because any delay in granting relief is due to Plaintiffs "unsuccessful forum shopping" in the Eastern District of Arkansas. Resp. at 2. But Defendants' unsupported accusations of "forum shopping" are unserious under these circumstances. Plaintiffs include twenty-one States, and venue would have been appropriate in any one of those states. Further, it was not "entirely predictable" that Arkansas would be eliminated. In fact, for the reasons discussed in Plaintiffs' motion for reconsideration (Dkts. 83 & 84), the district court in Arkansas, improperly dismissed Arkansas. Finally, regardless of the length of the delay, a TRO is warranted because Defendants' unlawful rule is already causing their desired effect. For example, though the Final Rule has been in effect for only one week, at least one gun show organizer has already canceled a show, citing the Final Rule as the reasons. *See* Montana Shooting Sports Association, *MT gun show cancelled – BATFE regulation*, (last

accessed May 28, 2024), *available at* https://www.mtssa.org/mt-gun-show-cancelled-batfe-regulation/.  Because of

> uncertainties and possible criminal liabilities created by the new regulation, [the proprietor] is unable to attract enough vendors to cover the costs associated with putting on his annual gun show.  Private sellers of firearms at gun shows are unwilling to risk prison time to pursue their hobby or sell firearms from personal collections.  Therefore, this historic and regular gun show has been cancelled.

*Id.*  This will surely be repeated elsewhere, causing irreparable harm to all Plaintiffs.

For these reasons, the Court should grant TRO for fourteen days or, in the alternative, schedule an immediate hearing.

Respectfully submitted,


/s/ *Abhishek S. Kambli*
Abhishek S. Kambli, 29788
*Deputy Attorney General*
Erin B. Gaide, 29691
*Assistant Attorney General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 296-3131
abhishek.kambli@ag.ks.gov
erin.gaide@ag.ks.gov

*Counsel for the State of Kansas*