# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | |
| MERRICK GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | § § § § § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| *Defendants*. | | |

## NOTICE OF APPEARANCE

Please enter the appearance of Zachary W. Sherwood, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matter. Mr. Sherwood appeared in this matter in the U.S. District Court for the Eastern District of Arkansas, before the matter was transferred to this Court. Please direct all communication regarding this case to Mr. Sherwood's contact information listed below.

Dated: May 29, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
(IN Bar No. 37147-49)
JEREMY S.B. NEWMAN
KERI L. BERMAN
Trial Attorneys

Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email:  zachary.w.sherwood@usdoj.gov

*Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 29th day of May, 2024, this document was electronically filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Zachary W. Sherwood*
Zachary W. Sherwood
