### In the United States District Court
### for the District of Kansas

———————————

Case No. 24-cv-01086-TC-TJJ

———————————

STATE OF KANSAS, ET AL.,

*Plaintiffs*

v.

MERRICK GARLAND, ET AL.,

*Defendants*

———————————

## ORDER

On May 1, 2024, twenty-one states, three individual Kansas residents, and one Kansas organization sued Merrick B. Garland, United States Attorney General, Steven Dettelbach, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the United States Department of Justice in the United States District Court for the Eastern District of Arkansas. Doc. 1 at ¶¶ 1–10. Plaintiffs sought a preliminary injunction against the enforcement of a federal regulation interpreting language from the Bipartisan Safer Communities Act. *See* Doc. 5 at 7 (citing Final Rule, Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024)); Doc. 1 at ¶¶ 44–46 (citing Bipartisan Safer Communities Act, Pub. L. No. 117-159, 136 Stat. 1313 (2022)). That motion was fully briefed, Docs. 5, 40, 52, 67, and argued. The federal district court in Arkansas dismissed the State of Arkansas for lack of standing. Doc. 75 at 4. As a result, the case was transferred to the District of Kansas on May 23, 2024, pursuant to 28 U.S.C. § 1406. *Id.* at 5.

The final Rule is now in effect, Doc. 78 at 1, and the motion for a preliminary injunction remains pending. Plaintiffs, less Arkansas, seek a hearing on that motion. Doc. 78. They also ask for a temporary restraining order, Doc. 81, and that the Arkansas district court's decision dismissing the State of Arkansas be reconsidered, Doc. 83. Defendants

have responded to Plaintiffs' motion for a TRO, Doc. 82, and move to set a briefing schedule for supplemental briefs, Doc. 80.

Some of these issues—particularly those that concern scheduling—require the parties' input. As a result, the parties are directed to appear for a telephone scheduling conference as set forth below. In addition, all briefing deadlines for all pending motions are stayed pending further Order.

**IT IS THEREFORE ORDERED BY THE COURT THAT** a short scheduling conference is set for **May 30, 2024** at **01:00 PM** by telephone, Conference Line 877-402-9753 (Access Code 6722344).

**IT IS FURTHER ORDERED BY THE COURT THAT** all briefing deadlines for all pending motions are stayed pending further Order.

IT IS SO ORDERED.

Date: May 29, 2024          s/ Toby Crouse
                            Toby Crouse
                            United States District Judge