**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**TOPEKA DIVISION**



| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| MERRICK GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | § § § § § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| *Defendants*. | | |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Brandon F. Chase be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

/s/ ______________

Erin B. Gaide Kan. SC No. 29691
*Assistant Attorney General*
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: erin.gaide@gmail.com
*Counsel for Plaintiff State of Kansas*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**TOPEKA DIVISION**



| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| MERRICK GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | § § § § § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| *Defendants*. | | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Brandon F. Chase

2. I practice under the following firm name or letterhead:

   Name: New Hampshire Department of Justice, Office of the Attorney General

   Address: 1 Granite Place- South, Concord NH 03301

   Telephone Number: 603-271-3650

   Fax: 603-271-2110

   Email address: Brandon.f.chase@doj.nh.gov

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of New Hampshire | December 5, 2018 | 270844 |
| State of Massachusetts | March 25, 2019 | 706298 |
| Fed. Ct. Dist. N.H. | December 5, 2018 | N/A |
| Fed. Ct. Dist. N. Dakota | February 17, 2023 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare the foregoing to be true under penalty of perjury under 28 U.S.C. § 1746.

5/28/2024 x Brandon Chase

Brandon F. Chase

NAME

State of new Hampshire
County of Merrimack, ss

On the 28th day of May 2024, Brandon F. Chase personally known to me or properly identified, appeared before me, and swore to the truth and accuracy of this affidavit as set forth herein.

Kim A. Schmidt

Justice of the Peace /Notary ______________

Commission expiration date: May 6, 2025

**KIM A. SCHMIDT**
**Notary Public - New Hampshire**
**My Commission Expires May 6, 2025**



# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## Pro Hac Vice Electronic Filing Registration Form

Name: Brandon F. Chase

Office: New Hampshire Department of Justice

Address: 1 Granite Place- South

Address:

City: Concord State: NH Zip: 03301

Office Phone: 603-271-1210 Ext.: Fax:

---

State Bar # 270844

Attorney's Internet E-mail Address: Brandon.F.Chase@doj.nh.gov

Additional email addresses that should receive Notices of Electronic Filing: kylie.a.myrdek@doj.nh.gov, DOJ-CivilBureauCourts@doj.nh.gov

---

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

5/28/2024
Date

[signature]
Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

**If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.**