UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| STATE OF KANSAS, ET AL., | ) | | |
|---|---|---|---|
| | ) | Case Number: | **24-1086** |
| | ) | | |
| Plaintiffs, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| UNITED STATES ATTORNEY GENERAL, et al., | ) | | |
| | ) | | |
| Defendants. | ) | Date of Hearing: | **5/30/24** |
| _____ | ) | | |

### CIVIL MINUTE SHEET – TELEPHONE CONFERENCE

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **19 minutes** |
| INTERPRETER: | **N/A** |

**APPEARANCES:**   parties appear:  **BY PHONE**
- COUNSEL FOR PLAINTIFFS:   **Kris Kobach / Abhishek Kambli**
- COUNSEL FOR DEFENDANT:   **Jeremy Newman / Keri Berman**

**NATURE OF HEARING:**

**Doc. 78**, Motion for Hearing – **granted**.  After the parties decline the date for the hearing offered by the Court following establishment of a briefing schedule, the Court directs counsel to agree on a date for the hearing on the motion for temporary restraining order and/or preliminary injunction, Docs. 4 and 81, and submit proposed dates to the Court.

**Doc. 80**, Motion to Amend – **denied** without prejudice as stated on record.

The Court sets the following briefing schedule:

**Plaintiffs opening brief:**   **June 7 (limited to 15 pages with an additional 5 pages to address standing for all plaintiffs)**
**Responses:**   **June 14 (limited to 15 pages with an additional 5 pages to address standing for all plaintiffs)**
**Reply (normal page limitations):**   **June 21**

**\*\*\*\***
**Notes:**  After the hearing, counsel suggested proposed dates for the aforementioned hearing.

That hearing will be set for July 1, 2024 at 1:30 p.m. in Kansas City, Kansas in Courtroom 643. Notice of Hearing to follow.