# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**STATE OF KANSAS, et al.,**        )
                                    )
                      Plaintiffs,   )   Case Number:    **24-1086**
**vs.**                             )
                                    )
**US ATTORNEY GENERAL, et al.,**    )
                                    )
                      Defendants,   )   Date of Hearing:   **7/1/2024**
_____ )

## CIVIL MINUTE SHEET – MOTION HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **1:26 – 3:47 (2 hours/21 mins)** |

**APPEARANCES:**    *court and parties appear:*    **In Person in KCK Courtroom 463**

- Counsel for PLAINTIFF:        **Kris Kobach / Erin Gaide / Mike McCoy**
- Counsel for DEFENDANT:        **Keri Berman / Zach Sherwood**

**PROCEEDINGS:**

The Court notifies the parties that several similar motions will be considered together:

   **Doc. 4 – Motion for Preliminary Injunction**

   **Doc. 81 – Motion for Temporary Restraining Order**

   **Doc. 103 – Motion for Temporary Restraining Order & Preliminary Injunction**

The parties discuss the pending motion(s):

   **Doc. 103 – Motion for Temporary Restraining Order & Preliminary Injunction.**

Oral argument presented by both plaintiffs and defendants.

The Court will issue a written Order in due course.