UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>Defendants. | Civil Action No. 6:24-cv-1086-TC-TJJ |

NOTICE OF INTERLOCUTORY APPEAL

Plaintiffs appeal from the district court's July 10, 2024, denial of injunctive relief (Dkt. 164) under 28 U.S.C. § 1292(a).

Respectfully submitted,

KRIS W. KOBACH
Kansas Attorney General

*/s/Abhishek S. Kambli*
Abhishek S. Kambli, 29788
*Deputy Attorney General*
Erin B. Gaide, 29691
*Assistant Attorney General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 296-3131
abhishek.kambli@ag.ks.gov
erin.gaide@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

1

BRENNA BIRD
Iowa Attorney General

/s/ Eric H. Wessan
*Eric H. Wessan
*Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric. Wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

AUSTIN KNUDSEN
Montana Attorney General

/s/ Christian B. Corrigan
CHRISTIAN B. CORRIGAN, 25622
 *Solicitor General*
*PETER M. TORSTENSEN, JR.
 *Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for Plaintiff State of Montana*

STEVE MARSHALL
Alabama Attorney General

/s/ Edmund G. LaCour, Jr.
*Edmund G. LaCour, Jr.
*Solicitor General*
Office of the Alabama
Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL  36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Email:Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

TREG R. TAYLOR
Alaska Attorney General

/s/ Aaron C. Peterson
*Aaron C. Peterson
*Senior Assistant Attorney General*
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: aaron.peterson@alaska.gov

*Counsel for Plaintiff State of Alaska*

CHRISTOPHER CARR  
Georgia Attorney General

/s/ *Stephen Petrany*  
*Stephen Petrany  
*Solicitor General*  
Office of the Attorney General of Georgia  
Georgia Department of Law  
40 Capitol Square SW  
Atlanta, Georgia 30334  
(404) 458-3408  
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR  
Idaho Attorney General

/s/ *Joshua N. Turner*  
*Joshua N. Turner  
*Chief of Constitutional Litigation and Policy*  
*Alan M. Hurst  
Solicitor General  
Office of the Idaho Attorney General  
P.O. Box 83720  
Boise, Idaho 83720  
Tel: (208) 334-2400  
Josh.turner@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

TODD ROKITA  
Indiana Attorney General

/s/ *James A. Barta*  
*James A. Barta  
*Solicitor General*  
Office of the Attorney General of Indiana  
IGC South, Fifth Floor  
302 W. Washington St.  
Indianapolis, Indiana 46204  
Telephone: (317) 232-0709  
James.Barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

RUSSELL COLEMAN  
Kentucky Attorney General

/s/ *Victor B. Maddox*  
*Victor B. Maddox  
*Aaron J. Silletto  
*Zachary M. Zimmerer  
Office of the Attorney General  
700 Capital Avenue, Suite 118  
Frankfort, Kentucky 40601  
Phone: (502) 696-5300  
Victor.Maddox@ky.gov  
Aaron.Silletto@ky.gov  
Zachary.Zimmerer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

| | |
|---|---|
| ANDREW BAILEY<br>Missouri Attorney General<br><br>/s/ *Bryce Beal*<br>\*Bryce Beal<br>*Assistant Attorney General*<br>Missouri Attorney General's Office<br>207 West High Street<br>Jefferson City, MO 65101<br>(573) 751-6633<br>Bryce.Beal@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* | MICHAEL T. HILGERS<br>Nebraska Attorney General<br><br>/s/ *Zachary A. Viglianco*<br>\*Zachary A. Viglianco<br>*Deputy Solicitor General*<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>(531) 739-7645<br>zachary.viglianco@nebraska.gov<br><br>*Counsel for Plaintiff State of Nebraska* |
| JOHN M. FORMELLA<br>New Hampshire Attorney General<br><br>/s/Brandon F. Chase<br>\*Brandon F. Chase<br>*Assistant Attorney General*<br>New Hampshire Department of Justice<br>1 Granite Place – South<br>Concord, NH 03301<br>(603) 271-3650<br>brandon.f.chase@doj.nh.gov<br><br>*Counsel for Plaintiff New Hampshire* | DREW H. WRIGLEY<br>North Dakota Attorney General<br><br>/s/ *Phillip Axt*<br>\*Phillip Axt<br>*Solicitor General*<br>North Dakota Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Telephone: (701) 328-2210<br>Email: pjaxt@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |

GENTNER DRUMMOND
Oklahoma Attorney General

/s/ *Garry M. Gaskins, II*
*GARRY M. GASKINS, II
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for Plaintiff State Oklahoma*

ALAN WILSON
South Carolina Attorney General

/s/ *Joseph D. Spate*
*Joseph D. Spate
*Assistant Deputy Solicitor General*
Office of the Attorney General
State of South Carolina
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State South Carolina*

MARTY J. JACKLEY
South Dakota Attorney General

/s/ *Charles D. McGuigan*
*Charles D. McGuigan
*Deputy Attorney General*
Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
charles.mcguigan@state.sd.us

*Counsel for Plaintiff State of South Dakota*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

/s/ *Whitney D. Hermandorfer*
*WHITNEY D. HERMANDORFER
*Director of Strategic Litigation Unit*
*BRIAN DANIEL MOUNCE
*Counsel for Strategic Litigation &*
*Assistant Solicitor General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-1400
whitney.hermandorfer@ag.tn.gov
brian.mounce@ag.tn.gov

*Counsel for the State of Tennessee*

5

JASON S. MIYARES  
Attorney General of Virginia

/s/ *Kevin M. Gallagher*  
\*Kevin M. Gallagher  
*Principal Deputy Solicitor General*  
\*Brendan T. Chestnut  
*Deputy Solicitor General*  
\*M. Jordan Minot  
*Assistant Solicitor General*  
Virginia Office of the Attorney General  
202 North 9th Street  
Richmond, Virginia 23219  
Telephone: (804) 786-2071  
Fax: (804) 786-1991  
Email: kgallagher@oag.state.va.us  
Email: bchestnut@oag.state.va.us  
Email: mminot@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

PATRICK MORRISEY  
West Virginia Attorney General

/s/ *Michael R. Williams*  
\*Michael R. Williams  
*Principal Deputy Solicitor General*  
Office of the Attorney General of West Virginia  
State Capitol Complex  
Building 1, Room E-26  
Charleston, WV 25301  
(304) 558-2021  
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

BRIDGET HILL  
Wyoming Attorney General

/s/ *Ryan Schelhaas*  
\*Ryan Schelhaas  
*Chief Deputy Attorney General*  
Office of the Wyoming Attorney General  
109 State Capitol  
Cheyenne, WY 82002  
(307) 777-5786  
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State Wyoming*

/s/ *Michael D. McCoy*  
\*Michael D. McCoy  
\*William E. Trachman  
Mountain States  
Legal Foundation  
2596 South Lewis Way  
Lakewood, Colorado 80227  
(303) 292-2021  
Mmccoy@mslegal.org

*Counsel for Plaintiffs Allen Black, Donald Maxey, and Chisholm Trail Antique Gun Association*

6

/s/ Anna St. John                              *pro hac vice
*Anna St. John
Hamilton Lincoln Law Institute
1629 K St. NW Suite 300
Washington, DC 20006
(917) 327-2392
anna.stjohn@hlli.org

/s/ M. Frank Bednarz
*M. Frank Bednarz
Hamilton Lincoln Law Institute
1440 W. Taylor St. #1487
Chicago, IL 60607
(801) 706-2690
frank.bednarz@hlli.org

*Counsel for Plaintiff Phillip Journey*