**In the United States District Court
for the District of Kansas**

---

Case No. 24-cv-01086-TC-TJJ

---

STATE OF KANSAS, ET AL.,

*Plaintiffs*

v.

MERRICK GARLAND, ET AL.,

*Defendants*

---

## ORDER

Plaintiffs sued Merrick B. Garland, United States Attorney General, Steven Dettelbach, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the United States Department of Justice. Doc. 1 at ¶¶ 1–10. They sought to enjoin a rule promulgated by DOJ and ATF. Doc. 1 at ¶ 13; Doc. 4; Doc. 81; Doc. 103. Their requests were denied because they did not show that they were substantially likely to succeed on the merits. Doc. 164. Other considerations, like the posture of the case, bolstered that conclusion. *Id.* at 12–14. Plaintiffs appealed, Doc. 165, and seek "relief from enforcement of the Final Rule while their appeal is pending." Doc. 167 at 5. A preliminary injunction is still not warranted because, among other things, Plaintiffs have not demonstrated a substantial likelihood of success on the merits. *Harmon v. City of Norman*, 981 F.3d 1141, 1146 (10th Cir. 2020).

**IT IS THEREFORE ORDERED BY THE COURT THAT** Plaintiffs' Emergency Motion for Injunction Pending Appeal, Doc. 167, is DENIED.

IT IS SO ORDERED.

Date: July 22, 2024     s/ Toby Crouse
                        Toby Crouse
                        United States District Judge

1