# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, ET AL., § § *Plaintiffs*, § § v. § § PAMELA BONDI IN HER OFFICIAL § CAPACITY AS ATTORNEY GENERAL § OF THE UNITED STATES, § ET AL., § § *Defendants*. § | Civil Action No. 6:24-cv-01086-TC-TJJ |

## NOTICE REGARDING DEFENDANTS' MOTION FOR STAY

Defendants respectfully file this Notice Regarding Defendants' Motion For Stay, ECF No. 218 (Motion). Based on further discussions, Defendants have agreed with Plaintiffs that if the Motion is granted, the federal government will not enforce the Rule[1] as to the Plaintiffs while the case is stayed. On that basis, Plaintiffs' counsel have informed Defendants' counsel that Plaintiffs no longer oppose the Motion. The Court may therefore treat the Motion as unopposed.

Dated: February 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

---

[1] Final Rule, Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024).

/s/ *Keri L. Berman*
KERI L. BERMAN
JEREMY S.B. NEWMAN
ZACHARY W. SHERWOOD
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7538
Fax: (202) 616-8470
Email: keri.l.berman@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

*/s/ Keri L. Berman*
Keri L. Berman