## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| PAMELA BONDI IN HER OFFICIAL | § | |
| CAPACITY AS ATTORNEY GENERAL | § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| OF THE UNITED STATES, | § | |
| ET AL., | § | |
| | § | |
| *Defendants*. | § | |

## STATUS REPORT

Pursuant to the Court's February 28, 2025 Order, ECF No. 226, Defendants respectfully submit this status report.

1.      This case concerns a Final Rule promulgated by Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) addressing, among other things, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms.  *See* Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024) ("the Rule").  Plaintiffs challenged the Rule under the APA and on constitutional grounds, *see* ECF No. 1, and sought a preliminary injunction, *see* ECF Nos. 103, 104, which the Court denied, *see* ECF No. 164.  Defendants subsequently moved to dismiss Plaintiffs' Complaint for lack of subject-matter jurisdiction.  ECF Nos. 170, 171.  Defendants' motion to dismiss remains pending.

2.      On January 16, 2025, a group of states moved to intervene in this case as defendants, *see* ECF Nos. 184, 185, and a briefing schedule on the motion to intervene was set, *see* ECF No. 215. On February 20, 2025, Defendants moved to stay the case in light of the recent change in presidential

administrations and, more specifically, President Donald Trump's issuance of an Executive Order on February 7, 2025, that, among other things, directed the Attorney General to review all "[r]ules promulgated by the Department of Justice, including by [ATF], from January 2021 through January 2025 pertaining to firearms and/or Federal firearms licensees," Exec. Order No. 14206, *Protecting Second Amendment Rights*, 90 Fed. Reg. 9503 (Feb. 12, 2025). ECF No. 218. Plaintiffs initially opposed Defendants' stay motion, *see id.*, but later changed their position after Defendants agreed to "not enforce the Rule as to the Plaintiffs while the case is stayed." ECF No. 225.

3.      On February 28, 2025, the Court entered an order staying this case "temporarily" and directing Defendants to file a status report regarding the status of the Rule by April 29, 2025. ECF No. 226

4.      On April 7, 2025, the Department of Justice and ATF issued a press release announcing that DOJ and ATF will conduct a "comprehensive" and "in-depth review over the coming months" of the Rule to "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms." *See* ATF Press Release, *DOJ, ATF Repeal FFL Inspection Policy and Beging Review of Two Final Rules*, https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules (Apr. 7, 2025).

5.      In light of the ongoing review of the Rule, Defendants respectfully submit that the case should remain stayed, in keeping with the Court's February 28, 2025 Order. ECF No. 226. Moreover, Defendants acknowledge the Court's directive in that Order that the stay "will expire automatically on June 2, 2025, absent the filing of a more robust motion to extend the stay which addresses the five factors critical to the analysis of stay requests." *Id.*

Dated: April 29, 2025                    Respectfully submitted,


                                         YAAKOV M. ROTH
                                         Acting Assistant Attorney General

                                         ANDREW I. WARDEN
                                         Assistant Director, Federal Programs Branch

                                         */s/ Zachary W. Sherwood*
                                         ZACHARY W. SHERWOOD
                                         (IN Bar No. 37147-49)
                                         JEREMY S.B. NEWMAN
                                         KERI L. BERMAN
                                         Trial Attorneys
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street NW
                                         Washington, DC 20005
                                         Phone: (202) 616-8467
                                         Fax: (202) 616-8470
                                         Email: zachary.w.sherwood@usdoj.gov

                                         *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on this the 29th day of April 2025, this document was electronically filed with the Clerk of the Court by using the CM/ECF system.

/s/ Zachary W. Sherwood
Zachary W. Sherwood