### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### WICHITA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | |
| PAMELA BONDI IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | § § § § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| *Defendants*. | § § | |

### **STATUS REPORT**

Pursuant to this Court's Order, ECF No. 235 (June 4, 2025), Defendants hereby file this status report. In this case, Plaintiffs challenge the lawfulness of a 2024 rule promulgated by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Final Rule, Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024) ("Rule"). As Defendants have previously disclosed, the Department of Justice and ATF are conducting a "comprehensive" and "in-depth review" of the Rule to "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms." *See* ATF Press Release, *DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules*, https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules (Apr. 7, 2025) (ATF Press Release); Status Report, ECF No. 233, at 2. That comprehensive review is ongoing. Therefore, Defendants respectfully submit that the same considerations supporting the Court's earlier extension of the stay, *see* Unopposed Mot. to Extend Stay, ECF No. 234, at 5-6, justify continuing the stay.

Dated: August 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
JEREMY S.B. NEWMAN
KERI L. BERMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

/s/ *Zachary W. Sherwood*
Zachary W. Sherwood