IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| PAMELA BONDI IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | § § § § | Civil Action No. 6:24-cv-01086-TC-TJJ |
| *Defendants.* | § § | |

### **DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move to extend the stay in this case. *See* Order, ECF No. 235 (June 4, 2025). At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), which is part of the Department of Justice. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests that the Court extend the stay through the duration of the lapse of appropriations. Magistrate Judge James has scheduled a

status hearing for October 3, 2025, to address whether to extend the stay in this case further in light of ATF's review of the rule under review in this case. Defendants request that the Court postpone this hearing, to be rescheduled after appropriations to the Department are restored. If this motion is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

Plaintiffs' counsel has authorized counsel for counsel for Defendants to state that Plaintiffs do not oppose this motion or the request to reschedule the October 3 status hearing.

Dated: October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
KERI L. BERMAN
ZACHARY W. SHERWOOD
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
