**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS et al., | |
| Plaintiff, | |
| v. | Case No. 6:24-cv-1086-TC-TJJ |
| PAMELA BONDI, et al., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTE COUNSEL**

The undersigned counsel, in accordance with Local Rule 83.5.5(b), respectfully notify the Court and the parties of Alan M. Hurst's withdrawal as counsel of record for the State of Idaho. Mr. Hurst is leaving his position at the Office of the Idaho Attorney General and will no longer be associated with this case.

The State of Idaho has been notified and consents to this withdrawal. Michael A. Zarian, Deputy Solicitor General of Idaho, who is admitted *pro hac vice*, enters as an appearance as substitute counsel, pursuant to Local Rule 83.5.5(c).

Dated: February 2, 2026

Respectfully submitted,

*s/ James Rodriguez*
James Rodriguez (KS Bar #29172)
Office of Kansas Attorney General Kris W. Kobach
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Tel. (785) 260-3960
Jay.Rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

*/s/ Michael A. Zarian*
Michael A. Zarian*
Deputy Solicitor General
Office of the Idaho Attorney General
700 W. Jefferson St. Ste. 210
Boise, ID 83720
Phone: 208-947-8779
Fax: 208-854-8071
Email: michael.zarian@ag.idaho.gov

*Admitted pro hac vice

*/s/ Alan M. Hurst*
Alan M. Hurst
Solicitor General
Office of the Idaho Attorney General
700 W. Jefferson St. Ste. 210
Boise, ID 83720
Tel.: 208-947-8773
alan.hurst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*s/ James Rodriguez*
James Rodriguez (KS Bar #29172)