**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION**

STATE OF KANSAS, ET AL.,

     *Plaintiffs*,

v.

TODD BLANCHE IN HIS OFFICIAL
CAPACITY AS ACTING ATTORNEY    Civil Action No. 6:24-cv-01086-TC-TJJ
GENERAL OF THE UNITED STATES,
ET AL.,

     *Defendants*.

§
§
§
§
§
§
§
§
§
§
§

## JOINT STATUS REPORT

Pursuant to this Court's Order, ECF No. 255, the parties hereby submit this Joint Status Report. As Defendants previously notified the Court, on May 6, 2026, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) published a Notice of Proposed Rulemaking (NPRM) entitled "Revising Regulations Defining 'Engaged in the Business' as a Dealer in Firearms." 91 Fed. Reg. 24424 (May 6, 2026); *see* Notice of Supplemental Authority, ECF No. 269. This NPRM proposes revisions to an earlier rule, ATF, Final Rule, Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28968 (Apr. 19, 2024), which is the subject of this lawsuit. The NPRM invites parties to submit comments by August 4, 2026.

Both Plaintiffs and Defendants agree that in light of the NPRM, the Court should continue the stay that it previously entered. *See* Order, ECF No. 255. Continuing the stay would allow Defendants to progress through the rulemaking process, and Plaintiffs to see the results of that process, before Plaintiffs and Defendants determine how to proceed in this case. The parties therefore respectfully request that the Court continue the stay.

Dated: May 29, 2026                              Respectfully submitted,


                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General

                                                 ANDREW I. WARDEN
                                                 Assistant Branch Director

                                                 */s/Jeremy S.B. Newman*
                                                 JEREMY S.B. NEWMAN
                                                 Chief Litigation Counsel
                                                 KERI L. BERMAN
                                                 Trial Attorney
                                                 Civil Division, Federal Programs Branch
                                                 U.S. Department of Justice
                                                 1100 L Street, NW
                                                 Washington, DC 20005
                                                 Phone: (202) 532-3114
                                                 Fax: (202) 616-8470
                                                 Email:  jeremy.s.newman@usdoj.gov

                                                 *Attorneys for Defendants*

                                                 KRIS W. KOBACH
                                                 Attorney General

                                                 */s/ James Rodriguez*
                                                 James Rodriguez, #29172
                                                 *Deputy Attorney General*
                                                 120 S.W. 10th Ave., 2nd Fl.
                                                 Topeka, KS 66612-1597
                                                 Tel: (785) 368-8197
                                                 Jay.Rodriguez@ag.ks.gov

                                                 *Attorney for Plaintiff State of Kansas*

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 29th day of May, 2026, this document was electronically

filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman