**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 17, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

STATE OF KANSAS, et al.,

Plaintiffs - Appellants,

v.

TODD BLANCHE[1], in his official capacity as the United States Attorney General, et al.,

Defendants - Appellees.

------------------------------

STATE OF OHIO, et al.,

Amici Curiae.

No. 24-3101
(D.C. No. 6:24-CV-01086-TC-TJJ)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on attorney William E. Trachman's Motion to Withdraw as counsel for Appellants Allen Black, Donald Maxey, and Chisholm Trail

[1]On August 8, 2026, Todd Blanche became United States Attorney General. Consequently, his name has been substituted for Merrick B. Garland as United States Attorney General, per Fed. R. App. P. 43(c)(2).

Antique Gun Association. The Appellants will continue to be represented by Michael McCoy.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk